AO 442 (Rev. 11/11) Arrest Warrant

1141534

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
MARGARIDA MAKEDIKA MABINDA-NLANDU

Case No. DR-22-CR-1106 (01)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARGARIDA MAKEDIKA MABINDA-NLANDU,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

U.S. MARSHALS W/TX
RECEIVED
AUG 29 2023
DEL RIO, TX

A true copy of the original, I certify.
Clerk, U.S. District Court
By: _____
Deputy Clerk

Date: 08/28/2023

_____
*Issuing officer's signature*

C. Rodriguez, U.S. Deputy Clerk
*Printed name and title*

City and state: Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $: DETAIN

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*